IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON MONTE SMITH,<br><br>Defendants. | Case No. 1:23-cr-00118 and 1:24-cr-00104<br><br>**UNITED STATES' EVIDENTIARY HEARING WITNESS AND EXHIBIT SUMMARY LIST** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Jonathan J. O'Konek, Assistant United States Attorney, submits the aforementioned evidentiary hearing witness and exhibit summary list for the Court's consideration.

This Court has scheduled an evidentiary hearing for Friday, January 10, 2025, where the United States will present evidence in support of the following matters in this case:

1. USSG § 2B1.1 loss amount calculations;

2. The terrorism upward departure provision contained within Application Note 4 of USSG § 3A1.4; and

3. 18 U.S.C. § 3663A restitution calculations.

At this hearing, the United States intends to present testimony from the following witnesses:

1. FBI Special Agent Daniel Lewis, Williston, North Dakota;

2. FBI Special Agent Troy Breitenbach, Computer Analysis Response Team (CART), Minneapolis, Minnesota;

3. FBI Forensic Accountant Mark Danielson, Minneapolis, Minnesota;

4. Derik Johnson, Division Manager, Basin Electric Power Cooperative;

5. Katrina Wald, Vice President Controller, Basin Electric Power Cooperative;

6. Daniel Graham, Chief Security & Compliance Officer, Basin Electric Power Cooperative;

7. Mark Hoffman, Chief Operations Officer, East River Electric Power Cooperative; and

8. Steve Peterson, Mountrail Williams Electric Cooperative.

The United States' evidentiary hearing exhibits listed below are generally categorized as follows:

1. **Exhibit 13** is a summary document that provides both a summary and an itemized list of the loss and restitution amount requests in this case, which is relevant for the Court's consideration of the USSG § 2B1.1 loss amount calculations and 18 U.S.C. § 3663A restitution calculations;

2. **Exhibit 7** is a catalog of photographs depicting damage to the Wheelock, North Dakota, Substation operated by Basin Electric Power Cooperative, and the impact this damage had upon the facility, which is relevant for the Court's consideration of the terrorism upward departure provision contained within Application Note 4 of USSG § 3A1.4, the USSG § 2B1.1 loss amount calculations, and 18 U.S.C. § 3663A restitution calculations;

3. **Exhibit 8** is a list of Basin Electric Power Cooperative financial documents depicting the costs associated with repairing the damage to the Wheelock, North Dakota, Substation, which is relevant for the Court's consideration of the USSG § 2B1.1 loss amount calculations and 18 U.S.C. § 3663A restitution calculations;

4. **Exhibit 9** is a list of Mountrail Williams Electric Cooperative financial documents depicting the costs associated with repairing the damage to their property, which is relevant for the Court's consideration of the USSG § 2B1.1 loss amount calculations and 18 U.S.C. § 3663A restitution calculations;

5. **Exhibit 10** is a catalog of photographs depicting damage to the Carpenter, South Dakota, Substation operated by East River Electric Power Cooperative, and the impact this damage had upon the facility, which is relevant for the Court's consideration of the terrorism upward departure provision contained within Application Note 4 of USSG § 3A1.4, the USSG § 2B1.1 loss amount calculations, and 18 U.S.C. § 3663A restitution calculations;

6. **Exhibit 11** is a list of East River Electric Power Cooperative financial documents depicting the costs associated with repairing the Carpenter, South Dakota, substation, which is relevant for the Court's consideration of the USSG § 2B1.1 loss amount calculations and 18 U.S.C. § 3663A restitution calculations; and

7. **Exhibits 1 through 6 and Exhibit 12** depict evidence that law enforcement obtained after executing a search warrant upon the defendant's Oregon residence—which included the defendant's electronic devices—that is relevant to the Court's consideration of the terrorism upward departure provision contained within Application Note 4 of USSG § 3A1.4.

The United States intends to present witness testimony to provide further information about these exhibits at the January 10, 2025, evidentiary hearing.

Dated: December 10, 2024.

           MAC SCHNEIDER
           United States Attorney

     By: */s/ Jonathan J. O'Konek*
        JONATHAN J. O'KONEK
        Assistant United States Attorney
        ND Bar ID 06821
        P.O. Box 699
        Bismarck, ND  58502-0699
        (701) 530-2420
        jonathan.okonek@usdoj.gov
        Attorney for United States

USA v. Cameron Monte Smith
Case Nos. 1:23-cr-00118 and 1:24-cr-00104
Evidentiary Hearing Exhibit List

| NO. | WITNESS | DESCRIPTION |
|---|---|---|
| 01 | TROY BREITENBACH | Report of Examination<br>Bates Nos. 3891-3894 |
| 02 | | "Communique" document properties<br>Bates No. 3893 |
| 03 | | "Communique" document<br>Bates No. 3685 |
| 04 | | CART report for Serial 88, Search Warrant<br>Bates Nos. 3943-3970 |
| 05 | | Photo of laptop and case<br>Bates No. 4075 |
| 06 | | Forensic toolkit file overview<br>Bates Nos. 3226 |
| 07 | DERIK JOHNSON | Photo of power transformer<br>Bates No. 376 |
| | | Photo of conservator<br>Bates No. 378 |
| | | Photo of load tap changer<br>Bates No. 383 |
| | | Photo of same load tap changer<br>Bates No. 389 |
| | | Photo of inside of load tap changer<br>Bates No. 391 |
| | | Photo of control wiring of load tap changer<br>Bates No. 397 |
| | | Photo of Mountrail-Williams' station service transformers<br>Bates No. 405 |
| | | Photo of Mountrail-Williams' cooling fins of station service transformers<br>Bates No. 408 |
| | | Photo of Mountrail-Williams' voltage transformer<br>Bates No. 862 |
| | | Photo of broken bushing insulator on top of transformer<br>Bates No. 869 |
| | | Photo of cooling fan<br>Bates No. 875 |

1

USA v. Cameron Monte Smith
CASE NOS. 1:23-CR-00118 AND 1:24-CR-00104
EVIDENTIARY HEARING EXHIBIT LIST

| NO. | WITNESS | DESCRIPTION |
|---|---|---|
| | | Photo of high voltage circuit breaker<br>Bates No. 882 |
| | | Photo of Basin main tank of power transformer<br>Bates No. 926 |
| | | Photo of transformer<br>Bates No. 9092 |
| | | Photo of substation property<br>Bates No. 9093 |
| | | Photo of substation property<br>Bates No. 9094 |
| | | Photo of substation property<br>Bates No. 9095 |
| | | Table 4.2: Spare Equipment with Lead Times >1 Year<br>Bates No. 9096 |
| | | Photo of substation property<br>Bates No. 9097 |
| | | Photo of substation property<br>Bates No. 9098 |
| | | Photo of load tap changer<br>Bates No. 9099 |
| | | Photo of substation property<br>Bates No. 9100 |
| | | Photo of control wiring of load tap changer<br>Bates No. 9101 |
| | | Photo of substation property<br>Bates No. 9102 |
| | | Photo of substation property<br>Bates No. 9103 |
| | | Photo of substation property<br>Bates No. 9104 |
| | | BEPC & FBI meeting PowerPoint<br>Bates Nos. 8010-8013; 8030-8037; 8058-8062 |
| 08 | DERIK JOHNSON | Repair Services Contract, Invoice 27006, $536,750<br>Bates Nos. 8274-8279 |
| | | Invoice 1004867643, $70,666.42<br>Bates Nos. 4951-4955 |

2

USA v. Cameron Monte Smith
CASE NOS. 1:23-CR-00118 AND 1:24-CR-00104
EVIDENTIARY HEARING EXHIBIT LIST

| NO. | WITNESS | DESCRIPTION |
|---|---|---|
| | | Repair Services Contract, Invoice 26142, $211,886<br>Bates Nos. 4965-4969 |
| | | Repair Services Contract, Invoice 25535, $727,115<br>Bates Nos. 4973-4977 |
| | | Invoice 25610, $18,276<br>Bates No. 4981 |
| | | Invoice 32-045-4902, $36,140<br>Bates No. 4989 |
| 09 | STEVE PETERSON | Mountrail-Williams Electric Cooperative financials<br>Bates Nos. 7440-7451 |
| 10 | MARK HOFFMAN | Photo of Carpenter substation power transformer radiator<br>Bates No. 8487 |
| | | Photo of oil in secondary containment unit<br>Bates No. 8489 |
| | | Photo of two radiators removed<br>Bates No. 8496 |
| | | Photo of oil channel formed as draining out<br>Bates No. 8474 |
| | | Photo of oil channels and oil absorbents<br>Bates No. 8476 |
| | | Photo of after pumped oil in containment unit<br>Bates No. 8481 |
| | | Photo of door for TransCanada building<br>Bates No. 8291 |
| | | Photo of TransCanada building<br>Bates No. 8305 |
| | | Photo of spray paint markings<br>Bates No. 8310 |
| 11 | MARK HOFFMAN | East River financials<br>Bates Nos. 8070-8134; 8178-8180 |
| 12 | FBI SA DAN LEWIS | Photo of DAPL spray paint markings on rocks<br>Bates Nos. 254-256 |
| | | Photo of Extinction Rebellion spray paint markings on rocks<br>Bates Nos. 262-267 |
| | | Photo of card with date of search warrant with address<br>Bates No. 2930 |

3

USA v. Cameron Monte Smith
Case Nos. 1:23-cr-00118 and 1:24-cr-00104
Evidentiary Hearing Exhibit List

| NO. | WITNESS | DESCRIPTION |
|---|---|---|
| | | Photo of outside of residence with house number Bates No. 2931 |
| | | Photo of Environmentalism Documents Bates No. 2989 |
| | | Photo of hand drawn map Bates No. 2991 |
| | | Photo of HP laptop case Bates No. 2992 |
| | | Photo of HP laptop Bates No. 2993 |
| | | Photo of handwritten notes Bates No. 2994 |
| | | Evidence collection log Bates No. 2267 |
| | | "AU-Climate Report" .pdf *Native format* |
| | | "climate slideshow" .odt *Native format* |
| | | "ClimateChange" .jpg *Native format* |
| | | "DEAL OUTLINE 2" .docx *Native format* |
| | | "pipeline" .pdf *Native format* |
| 13 | MARK DANIELSON | Accounting Summary |

4