IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON MONTE SMITH,<br><br>Defendant. | Case No. 1:23-cr-00118 and 1:24-cr-00104<br><br>**UNITED STATES' AMENDED EVIDENTIARY HEARING EXHIBIT LIST** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Jonathan J. O'Konek, Assistant United States Attorney, submits its Amended Evidentiary Hearing Exhibit List for the Court's consideration.

The United States submits this amended exhibit list, which includes a complete list of Bates numbered documents that the United States submitted to the Court and defense counsel in Exhibits 7, 8, and 12. The United States previously provided the Court and defense counsel with Exhibits 7, 8, and 12, but upon review of the United States' previously filed exhibit list, it discovered that this exhibit list did not contain all the Bates numbers included within Exhibits 7, 8, and 12. Therefore, to avoid confusion at the January 10, 2025 evidentiary hearing, the United States is filing this amended exhibit list.

Dated: January 2, 2025.

                                              MAC SCHNEIDER
                                              United States Attorney

By:    */s/ Jonathan J. O'Konek*
          JONATHAN J. O'KONEK
          Assistant United States Attorney
          ND Bar ID 06821
          P.O. Box 699
          Bismarck, ND  58502-0699
          (701) 530-2420
          jonathan.okonek@usdoj.gov
          Attorney for United States

USA v. Cameron Monte Smith
Case Nos. 1:23-cr-00118 and 1:24-cr-00104
Amended Evidentiary Hearing Exhibit List

| NO. | WITNESS | DESCRIPTION |
|---|---|---|
| 01 | TROY BREITENBACH | Report of Examination<br>Bates Nos. 3891-3894 |
| 02 | | "Communique" document properties<br>Bates No. 3893 |
| 03 | | "Communique" document<br>Bates No. 3685 |
| 04 | | CART report for Serial 88, Search Warrant<br>Bates Nos. 3943-3970 |
| 05 | | Photo of laptop and case<br>Bates No. 4075 |
| 06 | | Forensic toolkit file overview<br>Bates Nos. 3227 |
| 07 | DERIK JOHNSON | Photo of power transformer<br>Bates No. 376 |
| | | Photo of conservator<br>Bates No. 378 |
| | | Photo of load tap changer<br>Bates No. 383 |
| | | Photo of same load tap changer<br>Bates No. 389 |
| | | Photo of inside of load tap changer<br>Bates No. 391 |
| | | Photo of control wiring of load tap changer<br>Bates No. 397 |
| | | Photo of Mountrail-Williams' station service transformers<br>Bates No. 405 |
| | | Photo of Mountrail-Williams' cooling fins of station service transformers<br>Bates No. 408 |
| | | Photo of substation<br>Bates No. 810 |
| | | Photo of substation<br>Bates No. 837 |
| | | Photo of substation<br>Bates No. 848 |

1

USA v. Cameron Monte Smith
Case Nos. 1:23-cr-00118 and 1:24-cr-00104
Amended Evidentiary Hearing Exhibit List

| NO. | WITNESS | DESCRIPTION |
|---|---|---|
| | | Photo of substation<br>Bates No. 854 |
| | | Photo of Mountrail-Williams' voltage transformer<br>Bates No. 862 |
| | | Photo of broken bushing insulator on top of transformer<br>Bates No. 869 |
| | | Photo of cooling fan<br>Bates No. 875 |
| | | Photo of high voltage circuit breaker<br>Bates No. 882 |
| | | Photo of Basin main tank of power transformer<br>Bates No. 926 |
| | | BEPC & FBI meeting PowerPoint<br>Bates Nos. 8010-8013; 8030-8037; 8058-8062 |
| | | Photo of transformer<br>Bates No. 9092 |
| | | Photo of substation property<br>Bates No. 9093 |
| | | Photo of substation property<br>Bates No. 9094 |
| | | Photo of substation property<br>Bates No. 9095 |
| | | Table 4.2: Spare Equipment with Lead Times >1 Year<br>Bates No. 9096 |
| | | Photo of substation property<br>Bates No. 9097 |
| | | Photo of substation property<br>Bates No. 9098 |
| | | Photo of load tap changer<br>Bates No. 9099 |
| | | Photo of substation property<br>Bates No. 9100 |
| | | Photo of control wiring of load tap changer<br>Bates No. 9101 |
| | | Photo of substation property<br>Bates No. 9102 |

2

USA v. Cameron Monte Smith
Case Nos. 1:23-cr-00118 and 1:24-cr-00104
Amended Evidentiary Hearing Exhibit List

| NO. | WITNESS | DESCRIPTION |
|---|---|---|
|  |  | Photo of substation property<br>Bates No. 9103 |
|  |  | Photo of substation property<br>Bates No. 9104 |
| 08 | DERIK JOHNSON | Repair Services Contract, Invoice 27006, $536,750<br>Bates Nos. 8274-8279 |
|  |  | Invoice 1004867643, $70,666.42<br>Bates Nos. 4951-4955 |
|  |  | Repair Services Contract, Invoice 26142, $211,886<br>Bates Nos. 4965-4969 |
|  |  | Repair Services Contract, Invoice 25535, $727,115<br>Bates Nos. 4973-4977 |
|  |  | Invoice 25610, $18,276<br>Bates No. 4981 |
|  |  | Invoice 32-045-4902, $36,140<br>Bates No. 4989 |
|  |  | Additional financial documents for the Court's consideration<br>Bates Nos. 4939-4950; 4956-4964; 4970-4972; 4978-4980; 4982-4988; 4990-5009; 5056-5059; 7144-7172; 39 pages without Bates numbers; 7212-7286; 7380-7434; 8212-8273; 8785-8792 |
| 09 | STEVE PETERSON | Mountrail-Williams Electric Cooperative financials<br>Bates Nos. 7440-7451 |
| 10 | MARK HOFFMAN | Photo of Carpenter substation power transformer radiator<br>Bates No. 8487 |
|  |  | Photo of oil in secondary containment unit<br>Bates No. 8489 |
|  |  | Photo of two radiators removed<br>Bates No. 8496 |
|  |  | Photo of oil channel formed as draining out<br>Bates No. 8474 |
|  |  | Photo of oil channels and oil absorbents<br>Bates No. 8476 |
|  |  | Photo of after pumped oil in containment unit<br>Bates No. 8481 |
|  |  | Photo of door for TransCanada building<br>Bates No. 8291 |

3

USA v. Cameron Monte Smith
Case Nos. 1:23-cr-00118 and 1:24-cr-00104
Amended Evidentiary Hearing Exhibit List

| NO. | WITNESS | DESCRIPTION |
|---|---|---|
|  |  | Photo of TransCanada building<br>Bates No. 8305 |
|  |  | Photo of spray paint markings<br>Bates No. 8310 |
| 11 | MARK HOFFMAN | East River financials<br>Bates Nos. 8070-8134; 8178-8180 |
| 12 | FBI SA DAN LEWIS | Photo of DAPL spray paint markings on rocks<br>Bates Nos. 254-256 |
|  |  | Photo of Extinction Rebellion spray paint markings on rocks<br>Bates Nos. 262-267 |
|  |  | Evidence collection log<br>Bates Nos. 2267-2272 |
|  |  | Photo of card with date of search warrant with address<br>Bates No. 2930 |
|  |  | Photo of outside of residence with house number<br>Bates No. 2931 |
|  |  | Photo of Environmentalism Documents<br>Bates No. 2989 |
|  |  | Photo of hand drawn map<br>Bates No. 2991 |
|  |  | Photo of HP laptop case<br>Bates No. 2992 |
|  |  | Photo of HP laptop<br>Bates No. 2993 |
|  |  | Photo of handwritten notes<br>Bates No. 2994 |
|  |  | Photo of spray paint markings<br>Bates No. 8310 |
|  |  | "AU-Climate Report" .pdf<br>*Native format* |
|  |  | "climate slideshow" .odt<br>*Native format* |
|  |  | "ClimateChange" .jpg<br>*Native format* |
|  |  | "DEAL OUTLINE 2" .docx<br>*Native format* |

4

USA v. Cameron Monte Smith
Case Nos. 1:23-cr-00118 and 1:24-cr-00104
Amended Evidentiary Hearing Exhibit List

| NO. | WITNESS | DESCRIPTION |
|---|---|---|
|  |  | "pipeline" .pdf<br>*Native format* |
| 13 | MARK DANIELSON | Accounting Summary |