# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:23-CR-00118-DMT |
| | ) | 1:24-CR-00104-DMT |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | NOTICE OF DEFENDANT'S EVIDENTIARY |
| | ) | HEARING EXHIBIT AND WITNESS LIST |
| CAMERON MONTE SMITH, | ) | |
| | ) | |
| Defendant, | ) | |

[¶1]   The Defendant, Cameron Monte Smith, by and through his Attorney Kevin J. Chapman, provides this Exhibit and Witness list, to wit:

[¶ 2]   EXHIBITS:

D200 - Resume of Nicolas L. Weber, CISSP, CPP, PSP, Sec+, PCI, CBRA, CBRM.

D201 – Curriculum Vita of Lynda L. Geller, PH.D.

D202 – Psychological Evaluation of Cameron Monte Smith.

[¶3]   WITNESSES:

1.   Nicolas L. Weber

2.   Lynda L. Geller

Respectfully submitted this 3rd day of January, 2025.

    /s/ Kevin J. Chapman
Kevin J. Chapman, # 05076
Attorney for the Defendant
417 First Ave. E, Suite 5
PO Box 1920
Williston, ND 58802-1920
(701) 572-3966
kevin@chapmanlawoffice.com